**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**SUZANNE GOLDA-MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

**ELISA MARTINEZ**
SUPERVISING U.S. PROBATION OFFICER

April 20, 2020

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ  07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Esther Salas
United States District Judge
Martin Luther King Jr. Federal Building
PO Box 0999
Newark, New Jersey 07102-0999

>   **RE: Serap Basci**
>   **Dkt. No.  16-CR-00451**
>   **Request for Waiver of Community**
>   **Service Hours**

Dear Judge Salas:

On August 15, 2017, the offender was sentenced by Your Honor to a three-year probation term for Conspiracy to Commit Wire Fraud, a violation of 18 U.S.C. §§ 1349 and 1343. Conditions of her probation included 300 hours of community service, mental health treatment, and occupational restrictions. Basci's supervision is scheduled to expire on August 8, 2020.

The offender has been performing her community service at Oasis, A Haven for Women and Children, located in Paterson, New Jersey. In February 2019, the offender reported that her mother's health had begun to decline as a result chronic obstructive pulmonary disorder (COPD), and that the offender would be caring the sole caretaker for her mother going forward. Basci advised that her care for her mother would adversely affect her ability to perform community service during the trying time. Basci attempted to move her mother to Turkey to live out the remainder of her life, but had to bring her back due to unstable care with health aides. The offender's mother passed away on February 1, 2020. Further, Basci is currently five months pregnant and scheduled to have her first child in the first week of August. She last performed community service in March of 2019.

To date, Basci has performed approximately 212 hours of community service, and owes 88 more hours. Due to her high-risk pregnancy, as well as the current COVID-19 pandemic, the U.S. Probation Office is respectfully requesting the offender be excused from her remaining hours of community service.

Page 2

If Your Honor approves of the request, please endorse below. Please contact me at (973) 986-3771, or marqwuese_bayne@njp.uscourts.gov if there are any further questions or concerns.

    Respectfully submitted,

    SUSAN M. SMALLEY, Chief
    U.S. Probation Officer

    *Marqwuese Bayne*

    By: Marqwuese Bayne
        Senior U.S. Probation Officer

/mb

(X) Request Approved

( ) Request Denied

_____
Honorable Esther Salas
United States District Court Judge

Date: 4/20/2020